

P52187/E.Rivera

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Elisha Rivera, Senior United States Probation Officer |
| **RE:** | Ernesto Lago-Orozco |
| **DATE:** | March 25, 2008 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 11, 2008, the above-named individual was sentenced in the Eastern District of Missouri outlined in the attached J & C.

In March 11, 2008, we received the Prob. 22's endorsed by the Carol E. Jackson, U.S. District Court Judge, ordering Mr. Lago-Orozco's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: Elisha Rivera
Senior U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 31 2008